UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:10-cr-0154-JMS-DML-1 |
| CELINE HOLE, | ) ) ) | |
| Defendant. | ) | |

## Order Adopting Report and Recommendation

Having reviewed Magistrate Judge Debra McVicker Lynch=s Report and Recommendation that Celine Hole's supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders that the defendant's supervised release is therefore **REVOKED**, and Celine Hole is sentenced to the custody of the Attorney General or his designee for a period of four months, with no supervised release to follow.

So ORDERED.

Date: 07/24/2014

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Winfield D. Ong
Assistant United States Attorney
winfield.ong@usdoj.gov

Michael Donahoe
Indiana Community Federal Defender
Mike_donahoe@fd.org

United States Probation Office

United States Marshal